## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                                    Case No. 13 B 21667

      Kazeem B Atanda
      Kimberly Lenise Craig-Atanda
           Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/23/2013.

2) The plan was confirmed on 09/11/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/11/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/24/2014.

5) The case was Converted on 08/24/2016.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $18,761.00 | |
| Less amount refunded to debtor | $694.70 | |
| **NET RECEIPTS:** | | **$18,066.30** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $708.67 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,208.67** |

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1 1 Internet INC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 0.00 | 458.23 | 458.23 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | 694.08 | 694.08 | 0.00 | 0.00 |
| Boulder Credit Service | Unsecured | 1,727.00 | 1,727.05 | 1,727.05 | 0.00 | 0.00 |
| Capital One | Unsecured | 1,887.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | NA | 62.94 | 62.94 | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 14,809.00 | 14,871.94 | 14,809.00 | 10,085.87 | 1,539.67 |
| Charter One | Unsecured | 911.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 350.00 | 426.15 | 426.15 | 0.00 | 0.00 |
| Cortrust Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance | Unsecured | 1,511.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 4,819.00 | 2,610.02 | 2,610.02 | 0.00 | 0.00 |
| Directv | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| Directv | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 2,842.00 | 680.24 | 680.24 | 0.00 | 0.00 |
| Eisenhower Center | Unsecured | 741.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| First Midland Credit | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 221.00 | 244.20 | 244.20 | 0.00 | 0.00 |
| Halsted Financial Services, LLC | Unsecured | 1,131.00 | NA | NA | 0.00 | 0.00 |
| Hammond Clinic | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Home at Five | Unsecured | 80.00 | 102.58 | 102.58 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 3,126.00 | 2,717.94 | 2,717.94 | 2,232.09 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 415.40 | 415.40 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 0.00 | 1,961.68 | 1,961.68 | 0.00 | 0.00 |
| Indiana Dept Of Revenue | Priority | 0.00 | 6,992.35 | 6,992.35 | 0.00 | 0.00 |
| Indiana Dept Of Revenue | Unsecured | 1,206.00 | 2,321.32 | 2,321.32 | 0.00 | 0.00 |
| Indiana Dept Of Revenue | Unsecured | 0.00 | 229.76 | 229.76 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 985.02 | 985.02 | 0.00 | 0.00 |
| Moraine Valley Community College | Unsecured | 0.00 | 292.00 | 292.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 0.00 | 741.08 | 741.08 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 150.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 685.00 | 684.82 | 684.82 | 0.00 | 0.00 |
| Northern Indiana Public Service Company | Unsecured | 2,609.00 | 2,608.73 | 2,608.73 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 911.02 | 911.02 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 417.17 | 417.17 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 33,632.00 | 34,374.22 | 34,374.22 | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 493.00 | 521.60 | 521.60 | 0.00 | 0.00 |
| Southwest Laboratory Phys. | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,573.00 | 2,192.70 | 2,192.70 | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| TD Bank USA NA | Unsecured | 444.00 | 447.40 | 447.40 | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 615.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 2,091.00 | NA | NA | 0.00 | 0.00 |
| Village of Dolton | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of South Holland | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WOW Harvey | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,809.00 | $10,085.87 | $1,539.67 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,809.00** | **$10,085.87** | **$1,539.67** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,710.29 | $2,232.09 | $0.00 |
| **TOTAL PRIORITY:** | **$9,710.29** | **$2,232.09** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$56,259.41** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,208.67 |
| Disbursements to Creditors | $13,857.63 |
| **TOTAL DISBURSEMENTS** : | **$18,066.30** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/30/2017                    By: /s/ Marilyn O. Marshall
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**